IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-06-40 |
| | § | |
| JORGE ALBERTO SALAVERRIA, | § | |
|     Defendant/Movant. | § | |

## ORDER DENYING MOTION FOR DEPORTATION DOCUMENTS

On February 19, 2008, the Clerk received a letter motion from Defendant Jorge Alberto Salaverria. (D.E. 39.) In it, he explains that he is currently serving the term of incarceration imposed by this Court and is worried about being deported after being released. He wants to seek political asylum and asks for the Court to tell him where he can obtain paperwork for starting the asylum process. (D.E. 39 at 1.)

This Court and its personnel are prohibited from providing legal advice to individuals. Nonetheless, certain court forms can be – and frequently are – provided upon request by the Clerk's office. Initial requests for political asylum, however, are typically handled by United States Citizenship and Immigration Services or by immigration courts, not this Court. Accordingly, the Clerk of this Court does not maintain such forms.

For the foregoing reasons, Salaverria's motion for political asylum paperwork is DENIED.

ORDERED this 22nd day of February, 2008.

_____
Janis Graham Jack
United States District Judge